IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KELLY D. PORCH and MICHELLE R. PORCH,<br><br>    Plaintiffs,<br><br>vs.<br><br>PREFERRED CONTRACTORS INSURANCE COMPANY, RRG; GOLDEN STATE CLAIMS ADJUSTERS INC.; SAFEBUILT INSURANCE SERVICES, INC. d/b/a SIS WHOLESALE INSURANCE SERVICES,<br><br>    Defendants. | CV 18-102-BLG-TJC<br><br>**ORDER** |

In August 2018, each Defendant filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6.) (Docs. 17, 19, 21.) Subsequently, on August 29, 2018, Plaintiffs filed a First Amended Complaint (Doc. 29), which mooted Defendants' Motions to Dismiss. Accordingly, the following motions are **DENIED as moot**:

  1. Defendant Safebuilt Insurance Services, Inc.'s Motion to Dismiss (Doc. 17);

  2. Defendant Preferred Contractors Insurance Company's Motion to Dismiss (Doc. 19);

3. Defendant Golden State Claims Adjusters, Inc.'s Motion to Dismiss (Doc. 21).

IT IS ORDERED.

DATED this 11th day of March, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge