UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KELLY D. PORCH AND MICHELLE R. PORCH,<br><br>Plaintiff,<br><br>vs.<br><br>PREFERRED CONTRACTORS INSURANCE COMPANY, RRG; GOLDEN STATE CLAIMS ADJUSTERS INC; SAFEBUILT INSURANCE SERVICES, INC d/b/a SIS WHOLESALE INSURANCE SERVICES,<br><br>Defendant. | Case No. CV-18-102-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendants' Motion for Summary Judgment (Doc. 62) is **GRANTED**. SIS's Motion to Dismiss (Doc. 35) and PCIC and Golden State's Motion to Dismiss (Doc. 37) are **DENIED as moot**.

Defendants' Motion for Oral Argument on Pending Motions (Doc. 39) is **DENIED as moot**.

Dated this 26th day of August, 2019.

TYLER P. GILMAN, CLERK

By: /s/ Julie Hollenbeck
Julie Hollenbeck, Deputy Clerk